50 A.3d 1255

**Harold HERRSCHAFT, Appellant**

v.

**DEPARTMENT OF CORRECTIONS of Pennsylvania; Linda L. Kelly, Office of the Attorney General of Penn.; Mary K. Smithson, The Clerk of Court of Bucks County Penn.; David W. Heckler, Esquire, Office of District Attorney of Bucks County Penn.; Kathy Buckley, Director Office of Victim Services, Department of Corrections of Penn., Appellees.**

Supreme Court of Pennsylvania.

Aug. 20, 2012.

## *ORDER*

PER CURIAM.

AND NOW, this 20th day of August, 2012, the Order of the Commonwealth Court is AFFIRMED.